UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-21643-CIV-OTAZO-REYES
(Consent Case)

**Didier del Pontigo**, individually, and on behalf of others similarly situated,

    Plaintiff,

vs.

**Blue Line Transport, Inc.**, and;
**Roberto Acuna**, individually,

    Defendants.

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AGREEMENT

The Plaintiff, Didier del Pontigo ("Plaintiff"), and the Defendants, Blue Line Transport, Inc. and Roberto Acuna ("Defendants"), file this Joint Motion for Approval of Settlement Agreement, and respectfully state as follows:

1. This is an action filed under the Fair Labor Standards Act ("FLSA") and related common law contract theories, in which Plaintiff sought recovery of overtime wages allegedly due and owing to him.

2. The parties have negotiated a resolution of the matter and entered into a settlement agreement. Because of the nature of Plaintiff's claims, the settlement agreement requires Court approval in order to become effective. *See Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1352 (11th Cir. 1982).

3. The settlement includes a fair and reasonable amount to compensate for allegedly unpaid overtime and minimum wages earned for each pay period of Plaintiff's employment as well as compensation for any alleged retaliation, unpaid commission, and liquidated damages. The settlement agreement reflects the exact amount the Plaintiff will receive under the agreement, together with the agreed amount of costs and attorney's fees, all of which has also been resolved separately by agreement and pursuant to Local Rule 7.3(b), S.D. Fla. L.R. The Settlement Agreement is attached hereto as **Exhibit** "**1**".

4. This settlement results following a Mediation which started on September 21, was adjourned and continued on September 29, 2020. During the mediation, the amount of the Plaintiff's Claim was negotiated and agreed and accepted by the Plaintiff, before the parties separately negotiated the attorney's fees and cost portion of the Plaintiff's remedy. This separate negotiation ensures that Defendants pay the entire amount of Plaintiffs' reasonable fees and costs, and that Plaintiff's wage claims are not compromised in negotiation of the fees and costs. See *Wing v. Plann B Corp.*, 2012 WL 4746258, *4 (M.D. Fla. Sept. 17, 2012); see also *Dees v. Hydradry, Inc.*, 706 F.Supp 2d 1227, 1243 (M.D. Fla. 2010).

5. Throughout the entirety of the resolution process, Plaintiff was represented by competent counsel with experience in this area of law. Defendants were also represented by competent counsel throughout this process.

6. A Stipulation of Voluntary Dismissal is attached hereto as **Exhibit 2**.

WHEREFORE, the parties jointly request that the Court review the parties' settlement agreement and enter an Order Granting Joint Motion for Approval of Settlement, in the form attached hereto as **Exhibit 3**.

Dated: October 9, 2020

Respectfully submitted,

By: Anthony F. Sanchez
Anthony F. Sanchez, Esq.
Florida Bar No.: 789925
Email: afs@laborlawfla.com
Email: faz@laborlawfla.com
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel:   305-665-9211
Fax:   305-328-4842

*Counsel for Plaintiff*

By: Brian K. Mathis
Brian K. Mathis, Esq.
Florida Bar No.: 46223
Email: bmathis@mathislawgroup.com
Email: ldensford@mathislawgroup.com
Melissa Mazzitelli, Esq.
Florida Bar No.: 1019252
Email: mmazzitelli@mathislawgroup.com
Email: ldensford@mathislawgroup.com
MATHIS LAW GROUP
Physical Address
515 E. Las Olas Boulevard, Suite 120
Fort Lauderdale, Florida 33301
Mailing Address
P.O. Box 5948
Lakeland, Florida 33301
Tel:   954-616-4404
Fax:   954-616-4405

*Counsel for Defendants*