**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-21643-CIV-OTAZO-REYES**

**CONSENT CASE**

DIDIER DEL PONTIGO, individually,
and on behalf of others similarly situated,

    Plaintiff,
v.

BLUE LINE TRANSPORT, INC., a for profit
Florida corporation, and ROBERTO ACUNA,
individually,

    Defendants.
_____/



**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon the parties' Amended Joint Motion for Approval of FLSA Settlement Agreement (hereafter, "Joint Motion") [D.E. 48]. Having reviewed the parties' Settlement Agreement which is attached to the Joint Motion [D.E. 48-1], it appears to the Court that due cause exists to approve the settlement and dismiss this case in its entirety with prejudice, with the Court retaining jurisdiction to enforce the parties' Settlement Agreement. Therefore, it is

ORDERED AND ADJUDGED that the Joint Motion is GRANTED and the Settlement Agreement is hereby APPROVED by the Court pursuant to Lynn's Food Stores, Inc. v. U.S. Dep't of Labor, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is further

ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE in its entirety, with the Court retaining jurisdiction to enforce the parties' Settlement Agreement. The parties shall finalize the settlement through the exchange of consideration as contemplated in the Settlement Agreement. Each party shall bear its own costs and attorneys' fees, except as

otherwise stated in the Settlement Agreement.

All pending motions are DENIED AS MOOT and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of October, 2020.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record